**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7150**

─────────────

In Re:  JOHNNY LEE GORE,

                                              Petitioner.

─────────────

On Petition for Writ of Mandamus.  (CA-02-1894)

─────────────

Submitted:  August 29, 2002          Decided:  September 9, 2002

─────────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Johnny Lee Gore, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnny Lee Gore petitions this court for a writ of mandamus to compel the United States Attorney for the District of South Carolina to release him.  Mandamus is a drastic remedy to be used only in extraordinary circumstances.  Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976).  Mandamus relief is only available when there are no other means by which the relief sought could be granted, see In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and it may not be used as a substitute for appeal.  In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).  The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is clear and indisputable.  Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Gore has not made such a showing.  Accordingly, although we grant Gore's request to proceed in forma pauperis, we deny his petition for a writ of mandamus.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2